MARY A. P. TUCKER, *v.* CORNELIA GILMAN, Respondent, PREBLE TUCKER, Appellant.

(Argued December 15, 1890; decided January 13, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 6, 1890, which affirmed an order of Special Term directing Preble Tucker, as owner of the cause of action, to pay the costs thereof upon rendition of a judgment against plaintiff.

*Charles J. Hardy* for appellant.

*George H. Fletcher* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.